IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 19-30129-NJR ) |
| DEXTER DEWAYNE BAKER, | ) ) Title 18, United States Code, Sections |
| Defendant. | ) 1791(a)(2) and (b)(4). |

**FILED SEP 19 2019**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**FILED SEP 18 2019**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES:**

**POSSESSION OF CONTRABAND BY A FEDERAL INMATE**

On or about July 25, 2019, in Bond County, Illinois, in the Southern District of Illinois,

**DEXTER DEWAYNE BAKER,**

defendant herein, an inmate of the federal correctional facility at Greenville, Illinois, commonly known as FCI-Greenville, did knowingly possess a prohibited object, to wit: a phone; all in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(4).

**A TRUE BILL**

*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney

*Stewart*
STEVEN D. WEINHOEFT
United States Attorney

Recommend Bond: Detention